**No. 52445.**—Allied Purchasing Corp. et al. *v.* United States, protests 67540–K etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52446.**—Economu-Ritsos Co. et al. *v.* United States, protests 40549–K, etc. New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel and following the decisions cited the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269; and (2) 1 percent for the cheese similar to the Reggiano cheese the subject of *Scaramelli* v. *United States, supra.*   The protests were sustained to this extent.

**No. 52447.**—Hudson Shipping Co., Inc. *v.* United States, protest 95506–K (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the reliquidation of the entry herein involved is similar in all material respects to that in *Bel Paese Sales Co., Inc.* v. *United States* (15 Cust. Ct. 7, C. D. 932).   In accordance with stipulation and following the decision cited, judgment was entered directing the collector to reliquidate the entry herein, refunding the duty established to have been taken in excess, in accordance with the decision and judgment in Abstract 45642.

**No. 52448.**—McKesson & Robbins, Inc., et al. *v.* United States, protests 135280–K, etc. (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the merchandise, issues, and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351), and that the quantities reported by the inspector as manifested, not found, were not in fact received.   In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it pertains to the quantities reported by the inspector as manifested, not found, is subject to an allowance in duties.   The protests were sustained to this extent.